# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-1187
_____

Larry C. Flynt

Movant - Appellant

David Zink; Michael S. Worthington; John E. Winfield; Michael Anthony Taylor; Leon Taylor; Walter T. Storey; Herbert Smulls; William L. Rousan; Earl Ringo, Jr.; Roderick Nunley; Allen L. Nicklasson; John C. Middleton; Paul T. Goodwin; Joseph Franklin; Jeffrey R. Ferguson; Andre Cole; Reginald Clemons; Cecil Clayton; Mark Christeson; Russell Bucklew; David Barnett

Plaintiffs

v.

George A. Lombardi; David R. Dormire; Terry Russell; John Does, 2-40

Defendants - Appellees

------------------------------

Public Citizen, Inc.; Missouri Press Association; Reporters Committee for Freedom of the Press; Advance Publications Inc.; American Society of News Editors; Association of Alternative Newsmedia; Courthouse News Service; The E.W. Scripps Company; First Amendment Coalition; The McClatchy Company; MediaNews Group, Inc., doing business as Digital First Media; National Press Photographers Association; New York Times Company; Newspaper Association of America; POLITICO LLC; The Washington Post

Amici on Behalf of Appellant(s)
_____

No: 14-1202
_____

Larry C. Flynt

Movant - Appellant

Earl Ringo, Jr.; John C. Middleton; Russell Bucklew; John E. Winfield; Dennis Skillicorn; Leon Taylor; Roderick Nunley; Jeffrey R. Ferguson; Richard D. Clay; Allen L. Nicklasson; Joseph Franklin; Martin Link; Mark Christeson; William L. Rousan; David Barnett; Cecil Clayton; Michael Anthony Taylor; Herbert Smulls

Plaintiffs

v.

George A. Lombardi; Terry Russell; John Doe

Defendants - Appellees

------------------------------

Public Citizen, Inc.; Missouri Press Association; Advance Publications Inc.; American Society of News Editors; Association of Alternative Newsmedia; Courthouse News Service; The E.W. Scripps Company; First Amendment Coalition; The McClatchy Company; MediaNews Group, Inc., doing business as Digital First Media; National Press Photographers Association; New York Times Company; Newspaper Association of America; POLITICO LLC; Reporters Committee for Freedom of the Press; The Washington Post Company

Amici on Behalf of Appellant(s)
_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:12-cv-04209-BP)
(2:09-cv-04095-NKL)
_____

## JUDGMENT

Before RILEY, Chief Judge, BEAM and COLLOTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

April 07, 2015

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans